IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THERMUTHIS LEE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-3491** |
| | : | |
| HUD, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 28ᵗʰ day of January, 2021, upon consideration of Plaintiff Thermuthis

Lee's Application to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2),

and Motion to Join Additional Defendants (ECF No. 4), it is **ORDERED** that:

1.    Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.    The Complaint is **DEEMED** filed.

3.    Lee's Complaint is **DISMISSED WITH PREJUDICE** for the reasons set forth

in the Court's Memorandum.

4.    The Motion to Join Additional Defendants is **DENIED WITHOUT**

**PREJUDICE** as set forth in the Court's Memorandum.

5.    The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/* **C. Darnell Jones, II**
**C. Darnell Jones, II   J.**